UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.D. CHIN,<br><br>            Plaintiff,<br><br>   v.<br><br>WAL-MART STORES, INC.,<br><br>            Defendant. | Case No. 14-cv-02538-TEH<br><br>**ORDER TO SHOW CAUSE** |

On September 5, 2014, the parties in this case were provided with a Clerk's Notice informing them that the Case Management Conference previously scheduled for September 15, 2014, had been continued to September 29, 2014, at 1:30 PM in Courtroom 12. (Docket No. 19).  The parties' Joint Case Management Conference Statement was filed on September 19, 2014, and acknowledges this date, time, and location for the Case Management Conference.  (Docket No. 20).  Nonetheless, without providing any notice or explanation to the Court, Plaintiff failed to attend the Case Management Conference.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's counsel shall show cause on **October 27, 2014, at 10:00 AM** in **Courtroom 2 on the 17th Floor**, as to why monetary sanctions should not issue for his failure to appear at the September 29, 2014 Case Management Conference, or otherwise request a continuance and/or provide appropriate notice of his inability to appear.  Plaintiff shall file a written response to this order on or before **October 20, 2014**.  Telephonic appearance at the hearing will not be permitted.  Defense counsel does not need to attend the hearing or file a response.

**IT IS SO ORDERED.**

Dated: 09/30/14     _____
THELTON E. HENDERSON
United States District Judge