UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.D. CHIN,<br><br>        Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC.,<br><br>        Defendant. | Case No. 14-cv-02538-TEH<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO CONTINUE OSC HEARING SET FOR OCTOBER 27, 2014** |

On September 29, 2014, Plaintiff's counsel failed to appear at the previously scheduled Case Management Conference without notice or explanation to the Court. On September 30, 2014, the Court issued an Order to Show Cause ("OSC") for Plaintiff's failure to appear. (Docket No. 24). That Order also required Plaintiff's counsel to file a written response by October 20, which he did on October 14. (Docket No. 26). On October 16, Plaintiff's counsel requested this Court to continue the OSC hearing set for October 27, because of a mandatory settlement conference in another matter set for the same day. (Docket No. 27).

After considering the merits of this request and the nature of the OSC hearing, Plaintiff's request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: 10/16/14

                                    THELTON E. HENDERSON
                                    United States District Judge