Arkady Itkin (SB 253294)
LAW OFFICE OF A. ITKIN
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel. (415) 640-6765
Fax. (415) 508-3474
arkady@arkadylaw.com

Attorney for Plaintiff
J.D. CHIN

**DENIED**
*Judge Thelton E. Henderson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.D CHIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　Defendants. | CASE NO: 3:14-cv-02538-TEH<br><br>**PLAINTIFF'S REQUEST FOR APPEARANCE BY PHONE AT THE OSC HEARING**<br><br>Hearing Date: October 27, 2014<br>Hearing Time: 10:00 am |

　　　I, Arkady Itkin, the attorney for Plaintiff in the above captioned matter, hereby respectfully request to appear by phone at the upcoming OSC hearing, set for October 27, 2014 at 10:00 am.

　　　This request is made because I have to appear at the Mandatory Settlement Conference in Merced County Superior Court in another matter on the same day at 9:00 am.

　　　This Court's gracious consideration of this request is appreciated in advance.

//

//

1

1  DATED: October 21, 2014

_____<br>
Arkady Itkin<br>
Attorney for Plaintiff<br>
J.D. CHIN

2

**PLAINTIFF'S REQUEST FOR APPEARANCE BY PHONE**
**CASE NO.: 3:14-cv-02538-TEH**